Mike Smith, appellee, v. Illinois Central Railroad Company, appellant. Gen. No. 7,587.

Suit for trespass and assault, arising out of shooting of defendant in the leg by defendant's watchman. Judgment for plaintiff confirmed on appeal. Rehearing granted. Appeal from the Circuit Court of Sangamon county; the Hon. Norman L. Jones, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed October 26, 1923.

Graham & Graham, for appellant; John G. Drennan, of counsel. Edmund Burke, William J. Lawler and Herman H. Cohn, for appellee.

Per Curiam.

---

W. A. Colyer, appellee, v. Walter B. Shannon and Doster Shannon, appellants. Gen. No. 7,645.

Insufficient abstracts filed. Appeal from the Circuit Court of Douglas county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed October 26, 1923.

John H. Chadwick and P. M. Moore, for appellants. Craig & Craig, for appellee.

Per Curiam.

---

Ray Chavis and Will S. Stewart, copartners, trading as Stewart & Chavis, appellees, v. William T. Hartz, appellant. Gen. No. 7,638.

Action of forcible detainer against leaseholder. Judgment for plaintiffs. Appeal from the Circuit Court of Vermilion county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the October term, 1923. Reversed and cause remanded. Opinion filed January 10, 1924.

W. O. Edwards, for appellant. Graham & Dysert, for appellees. Mr. Presiding Justice Heard delivered the opinion of the court.

---

W. S. Logan, appellee, v. W. C. McBride, Inc., appellant. Gen. No. 7,647.

Assumpsit for price of gas or oil well machinery arising out of contract for use and alleged conditional sale. Judgment for plaintiff. Appeal from the Circuit Court of Edgar county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the October term, 1923. Reversed and cause remanded. Opinion filed January 10, 1924.

Shaw & Huffman, for appellant. O'Hair & McClain, for appellee. Mr. Presiding Justice Heard delivered the opinion of the court.

---

D. S. Anderson et al., v. Pan American Motors Corporation et al. Frederic W. Lincoln, John R. Bradlee and Charles E. Barry, copartners, trading as Henry W. Peabody & Company, appellants, v. Edward Danner and The Millikin Trust Company as receivers of Pan American Motors Corporation, appellees. Gen. No. 7,655.

Bill by stockholders for dissolution of corporation, appointment of receiver, and marshalling and distribution of assets. Decree granted as prayed for, and claim filed by Lincoln et al. *inter alia*, and also claim for damages for breach of a contract under which they were to have exclusive right to sell defendants' automobiles in New

Zealand. Claim disallowed with costs to defendants. Appeal from the Circuit Court of Macon county; the Hon. James A. Baldwin, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed January 10, 1924.

Dent, Dobyns & Freeman, for appellants. Mills Brothers and Whitley & Fitzgerald, for appellees.

Mr. Presiding Justice Heard delivered the opinion of the court.

---

**Vera Bunnell, appellee, v. Harry M. Bunnell, appellant. Gen. No. 7,658.**

Wife's suit for divorce for cruelty and for custody of minor child. Decree granted with custody in part to complainant and part to defendant. Appeal from the Circuit Court of Adams county; the Hon. Fred G. Wolfe, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed January 10, 1924.

Hartzell, Cavanagh, Martin & Hartzell, for appellant. Wilson & Schmiedeskamp, for appellee.

Mr. Presiding Justice Heard delivered the opinion of the court.

---

**J. A. Oberman and M. S. Oberman, suing for use of First National Bank of Springfield, appellees, v. Camden Fire Insurance Association, appellant. Gen. No. 7,664.**

Suit on draft negotiated to bank as security for debt. Judgment for plaintiffs. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed January 10, 1924.

McGoorty, Silber, Isaacs & Woley and Brown, Hay & Stephens, for appellant. Barber & Barber, for appellees.

Mr. Presiding Justice Heard delivered the opinion of the court.

---

**J. A. Oberman and M. S. Oberman, appellee, v. United States Fire Insurance Company of New York, appellant. Gen. No. 7,665.**

Suit on fire insurance policy, further facts and circumstances giving rise to case being given in Oberman v. Camden Fire Insurance Ass'n supra. Judgment for plaintiffs. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed January 10, 1924.

McGoorty, Silber, Isaacs & Woley and Brown, Hay & Stephens, for appellant. Graham & Graham, for appellee.

Mr. Presiding Justice Heard delivered the opinion of the court.

---

**The National Bank of Jerseyville, appellant, v. Otto G. Goode and George Rathgeber, appellees. Gen. No. 7,666.**

Replevin for goods seized in foreclosure of mortgage. Judgment for plaintiffs with writ of *retorno habendo*. Appeal from the Circuit Court of Greene county; the Hon. Mark Meyerstein, Judge, presiding. Heard in this court at the October term, 1923. Reversed and cause remanded. Opinion filed January 10, 1924.

Hamilton & Cross, for appellant. F. A. Whiteside, for appellees.

Mr. Presiding Justice Heard delivered the opinion of the court.